AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF TEXAS

McALLEN DIVISION

United States Courts
Southern District of Texas
FILED

*August 31, 2024*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
**Zeferino Reyes-Cervantes**

## CRIMINAL COMPLAINT

Case Number: M-24-1520-M

IAE    YOB: 1986
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **August 29, 2024** in **Hidalgo** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Cuevitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Zeferino Reyes-Cervantes was encountered by Border Patrol Agents near Cuevitas, Texas, on August 29, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 29, 2024, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 23, 2024, through Hidalgo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On January 8, 2024, the Defendant was convicted of 8 USC 1326, Illegal Re-Entry, and sentenced to eight (8) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA J. Garcia

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

**August 31, 2024** at 3:09 p.m.

/s/    Jonathan Quintero
Signature of Complainant

Jonathan Quintero    Border Patrol Agent

Signature of Judicial Officer

**J. Scott Hacker**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer